**Hassan SHABAZZ, a/k/a R. Sydnor; Tyrone L. Johnson, Plaintiffs— Appellants,**

v.

**D.A. BRAXTON, Warden; J. Armentrout, Assistant Warden; Larry Huffman, Regional Director, Defendants— Appellees.**

No. 04–7606.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 18, 2005.

Decided April 6, 2005.

Hassan Shabazz and Tyrone L. Johnson, Appellants pro se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Hassan Shabazz and Tyrone L. Johnson appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Shabazz v. Braxton,* No. CA–03–39–7 (W.D.Va. Sept. 8, 2004). We grant Shabazz's motion to amend his informal brief filed in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*